People v Whitman (2024 NY Slip Op 06066)

People v Whitman

2024 NY Slip Op 06066

Decided on December 4, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 4, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
PHILLIP HOM, JJ.

2023-06295
2023-06297

[*1]The People of the State of New York, respondent,
v
Suzanne Whitman, appellant. (Ind. Nos. 103/22, 8/23)

Margaret W. Walker, Poughkeepsie, NY (Jennifer Burton of counsel), for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the County Court, Dutchess County (Edward T. McLoughlin, J.), both rendered May 17, 2023, convicting her of grand larceny in the second degree under Indictment No. 103/22, and attempted grand larceny in the second degree under Indictment No. 8/23, upon her pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
Contrary to the People's contention, the record does not demonstrate that the defendant knowingly, voluntarily, and intelligently waived her right to appeal (see People v Blake, 210 AD3d 901; People v Adyl K., 187 AD3d 1208, 1209). Accordingly, the purported waiver does not preclude appellate review of the defendant's excessive sentence claim.
However, the sentences imposed were not excessive (see People v Suitte, 90 AD2d 80).
DUFFY, J.P., MILLER, DOWLING and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court